AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:11-cv-00388

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

2011 MAR 15 P 2:31

This summons for *(name of individual and title, if any)* Wells Fargo Auto Finance, LLC
was received by me on *(date)* 3-14-11 .

☒ I personally served the summons on the individual at *(place)* CSC Services of Nevada, Inc. 2215-B Renaissance Dr, Las Vegas, NV 89119 on *(date)* 3-14-11 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/14/11

_____
Server's signature

STEVE BOLTON
Printed name and title

7542 Splashing Rock Dr
Las Vegas, NV 89131
Server's address

Additional information regarding attempted service, etc: