Cynthia L. Alexander, Esq.
Nevada Bar No. 006718
Jennifer R. Hargis, Esq.
Nevada Bar No. 11392
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Email: calexander@swlaw.com
        jhargis@swlaw.com

*Attorneys for Defendant Wells Fargo Financial Nevada, Inc.,*
*sued here as Wells Fargo Auto Finance, LLC*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY P. HARRIS, Pro Se, | CASE NO. 2:11-cv-00388-JMC-PAL |
| Plaintiff, | |
| vs. | **INDIVIDUAL INTERIM STATUS REPORT** |
| WELLS FARGO AUTO FINANCE, LLC, | |
| Defendant. | |

Plaintiff Pro Se, Timothy P. Harris ("Plaintiff") and Defendant Wells Fargo Financial Nevada, Inc., sued here as Wells Fargo Auto Finance, LLC ("Wells Fargo"), through its undersigned counsel, submit the following interim status report, as required by the Court's May 31, 2011 Scheduling Order[1]:

1.      *Time estimated for trial:*

The parties estimate that trial will take two to three days.

2.      *Three alternative dates for trial:*

Any three days during the week of January 9, 2012, and any three days during the week of January 16, 2012.

3.      *Whether trial will be eliminated or affected by substantive motions:* Wells Fargo

---

[1] Plaintiff did not submit a proposed report. Wells Fargo sent a proposed report to Plaintiff for review, but Plaintiff did not respond. Therefore, this individual report is necessary.

13509063.1

1  anticipates filing a Motion for Summary Judgment in this matter.  If the Motion is granted, it will

2  eliminate the need for trial.

3  DATED: August _3_ , 2011                    SNELL & WILMER L.L.P.

4

5  By: _____
   Cynthia L. Alexander, Esq.
   Jennifer R. Hargis, Esq.
6  3883 Howard Hughes Parkway
   Suite 1100
7  Las Vegas, NV  89169

8  *Attorneys for Defendant Wells Fargo*
   *Financial Nevada, Inc., sued here as Wells*
9  *Fargo Auto Finance, LLC*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

13509063.1

- 2 -

**Snell & Wilmer**
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **INDIVIDUAL INTERIM STATUS REPORT** by method indicated below:

____X____   U.S. Mail

_____   U.S. Certified Mail

_____   Facsimile Transmission

_____   Federal Express

_____   Electronic Service via CM/ECF

and addressed to the following:

Timothy P. Harris
4005 Cherokee Rose Ave.
North Las Vegas, Nevada  89031
*Plaintiff Pro Se*

DATED this _3rd_ day of August, 2011

An employee of Snell & Wilmer L.L.P.

13509063.1

- 3 -